# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-13786

_____

ABRAKA VANESSA OKPOSIO,

                              Plaintiff-Appellant,

*versus*

BARRY UNIVERSITY, INC.,
a Florida corporation,
BETHANY PIERPONT,
individually,
LETICIA M. DIAZ,
ROXANNA P. CRUZ,
MARIA L. ALVAREZ, et al.,

                              Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

D.C. Docket No. 1:20-cv-23814-DPG

_____

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: January 2, 2025

For the Court: DAVID J. SMITH, Clerk of Court